UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SHAROB ABDUL-AZIZ,<br><br>Plaintiff,<br><br>v.<br><br>MARCUS O'HICKS et al.,<br><br>Defendants. | Civil Action No. 20-10265 (SDW)<br><br><br>ORDER |

This matter having come before the Court on Plaintiff Sharob Abdul-Aziz's motion for entry of default judgment (ECF No. 33), Defendant Barrington Lynch M.D.'s cross-motion to vacate default and for an extension of time to answer, move, or otherwise plead (ECF No. 37), and Plaintiff's opposition to Defendant Lynch's cross-motion to vacate default (ECF No. 39), **for the reasons set forth in the accompanying Opinion**,

**IT IS** on this **24th day of June 2022**,

**ORDERED** that Plaintiff's motion for entry of default judgment (ECF No. 33) is **DENIED**; and it is further

**ORDERED** that Defendant Barrington Lynch M.D.'s cross-motion to vacate default and for an extension of time to answer, move, or otherwise plead (ECF No. 37) is **GRANTED**; the Clerk shall vacate entry of default; and Defendant Lynch shall answer, move, or otherwise plead with respect to Plaintiff's second amended complaint within 21 days from the date of entry of this Order; and it is further

**ORDERED** that the Clerk of the Court shall serve a copy of this Order and the accompanying Opinion upon Plaintiff by regular U.S. mail.

_____
Hon. Susan D. Wigenton,
United States District Judge