**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| Chambers of<br>**André M. Espinosa**<br>United States Magistrate Judge | Martin Luther King Jr. Federal<br>Bldg. & U.S. Courthouse<br>50 Walnut Street, Room 2037<br>Newark, NJ 07102<br>(973) 645-3827 |

November 25, 2024

To: Sharob Abdul-Aziz, Pro Se
#6959225/264368
East Jersey State Prison
Lock Bag R
Rahway, NJ 07065

All counsel of record

**LETTER OPINION AND ORDER**

RE: **Sharob Abdul-Aziz v. Hicks, et al.**
**Civil Action No. 20-10265 (SDW)(AME)**

Dear Litigants:

The Court has received and reviewed the November 21, 2024 letter filed by Defendants New Jersey Department of Corrections, Justin Kemps, and Thomas Meades, providing the Court with an update on the status of this case. [*See* D.E. 123].

The Court also notes the parties' correspondence with each other via mail. In light of Plaintiff Sharob Abdul-Aziz's incarcerated status, the delays that result from communication by mail, and the end-of-the-year holidays, and in order to permit the parties to conduct a fair exchange of materials to facilitate a resolution of this matter on the merits, it is hereby **ORDERED** that the fact discovery deadline is extended to **February 21, 2025**.

It is further **ORDERED** that the parties shall file another status letter—joint, if possible—on or before **February 18, 2025**, updating the Court on the status of this matter.

**IT IS SO ORDERED.**

                                                   */s/ André M. Espinosa*
                                                   ANDRÉ M. ESPINOSA
                                                   UNITED STATES MAGISTRATE JUDGE